V. D. S. Corporation, Plaintiff-Appellee, v. Alton Banking & Trust Company, Defendant-Appellant.

Term No. 58–O–11.

Fourth District.

January 31, 1959.

Released for publication February 18, 1959.

 I. H. Streeper,
III (John F. Gibbons, of counsel) for defendant-appellant; Oehmke,
Dunham & Boman, and Thomas Q. Keefe, for plaintiff-appellee.
Opinion by JUDGE CULBERTSON. Not to be published in full.